STATE of Missouri, Respondent,

v.

Chauncey WRIGHT, Appellant.

Nos. WD 51781, WD 53394.

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 23, 1997.

Application for Transfer Denied
Jan. 27, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck. K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction after a jury trial of one count of murder first degree, § 565.020, RSMo (1994), and one count of armed criminal action, § 571.015, RSMo (1994), and the denial of his Rule 29.15 motion. In accordance with the jury verdict, the court sentenced the defendant to concurrent terms of life in prison without probation or parole for murder first degree and life in prison for armed criminal action. Affirmed. Rules 30.25(b) and 84.16(b) V.A.M.R.

STATE of Missouri, Respondent,

v.

Lawrence A. McCOLLUM, Appellant.

No. WD 53512.

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 23, 1997.

Application for Transfer Denied
Jan. 27, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Lawrence A. McCollum appeals the circuit court's judgment convicting him of the class A felony of murder in the first degree, § 565.020.1, RSMo 1994, three counts of the class A felony of robbery in the first degree, § 569.020, RSMo 1994, and four counts of armed criminal action, § 571.015, RSMo 1994. Defendant was sentenced to life imprisonment without eligibility for probation and parole for first degree murder, life imprisonment for armed criminal action relating to the murder conviction, twenty years imprisonment for each count of robbery, and ten years imprisonment each for the remaining three counts of armed criminal action, the sentences to run concurrently with each other. We affirm. Rule 30.25(b) V.A.M.R.